**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MONTANA, BUTTE DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy           12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **JAMES** <br> First name <br><br> **ALLAN** <br> Middle name <br><br> **MOE** <br> Last name and Suffix (Sr., Jr., II, III) | **JANICE** <br> First name <br><br> **HOPKINS** <br> Middle name <br><br> **MOE** <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **JAMES MOE** <br> **JAMES A MOE** <br> **JIM MOE** <br> **JIM A MOE** | **JAN MOE** <br> **JANICE L MOE** <br> **JANICE LYNNE MOE** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1748** | **xxx-xx-4139** |

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**

Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

☐ I have not used any business name or EINs.

**FDBA  DALAMOE PRODUCTIONS**

Business name(s)

EINs

**About Debtor 2 (Spouse Only in a Joint Case):**

■ I have not used any business name or EINs.

Business name(s)

EINs

---

**5.** **Where you live**

**925 Avenue B NW**
**Great Falls, MT 59404-1723**
Number, Street, City, State & ZIP Code

**Cascade**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**

Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

     ☐ No. Go to line 12.

     ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**

Case number *(if known)*

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.   Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.   Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.   Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**

Case number *(if known)* _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.**<br>  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.**<br>  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.**<br>  I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                                              Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ JAMES ALLAN MOE**                                         **/s/ JANICE HOPKINS MOE**
**JAMES ALLAN MOE**                                              **JANICE HOPKINS MOE**
Signature of Debtor 1                                              Signature of Debtor 2

Executed on   **January  7, 2019**                    Executed on   **January  7, 2019**
              MM / DD / YYYY                                          MM / DD / YYYY

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Gary S. Deschenes**                         Date    **January  7, 2019**
Signature of Attorney for Debtor                          MM / DD / YYYY

**Gary S. Deschenes**
Printed name

**Deschenes & Associates Law Offices**
Firm name

**309 1st Ave N**
**Great Falls, MT 59401-2505**
Number, Street, City, State & ZIP Code

Contact phone                               Email address    **gsd@dalawmt.com**

**2293**
Bar number & State

---

Certificate Number: 16199-MT-CC-032102934



16199-MT-CC-032102934

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 2, 2019</u>, at <u>9:39</u> o'clock <u>PM EST</u>, <u>James A Moe</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Montana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 2, 2019</u>            By:    <u>/s/Chamika Ford for Sheharyar Khan</u>

Name:  <u>Sheharyar Khan</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 16199-MT-CC-032102936



16199-MT-CC-032102936

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 2, 2019</u>, at <u>9:39</u> o'clock <u>PM EST</u>, <u>Janice L Moe</u> received from <u>CC Advising, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Montana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 2, 2019</u>          By:      <u>/s/Chamika Ford for Sheharyar Khan</u>

Name:   <u>Sheharyar Khan</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Montana, Butte Division

In re **MOE, JAMES ALLAN & MOE, JANICE HOPKINS** _____  Case No. _____
Debtor(s)  Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,165.00** |
| Prior to the filing of this statement I have received | $ | **2,165.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **$325.00 PER HOUR TO BE APPLIED AGAINST RETAINER.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  7, 2019** _____     /s/ Gary S. Deschenes
*Date*                                          **Gary S. Deschenes**
                                                *Signature of Attorney*
                                                **Deschenes & Associates Law Offices**

                                                **309 1st Ave N**
                                                **Great Falls, MT 59401-2505**

                                                **gsd@dalawmt.com**
                                                *Name of law firm*

---

| **Fill in this information to identify your case:** |
| --- |

| Debtor 1 | **JAMES ALLAN MOE** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
| --- | --- |

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ JAMES ALLAN MOE** | X **/s/ JANICE HOPKINS MOE** |
| --- | --- |
| **JAMES ALLAN MOE** | **JANICE HOPKINS MOE** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   **January 7, 2019** | Date   **January 7, 2019** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................. | $ 169,900.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $ 8,988.82 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................ | $ 178,888.82 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 165,000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $ 38,937.72 |
| **Your total liabilities** | $ 203,937.72 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.*............................... | $ 3,848.34 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.*......................................... | $ 3,767.80 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1  **MOE, JAMES ALLAN & MOE, JANICE**
Debtor 2  **HOPKINS**

Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **1,562.34**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **0.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**925 Avenue B NW**
Street address, if available, or other description

**Great Falls          MT      59404-1723**
City                State        ZIP Code

**CASCADE**
County

**What is the property?** Check all that apply

■ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**LOT 31, VALLEY VIEW HOMES, SECTION 2 AN ADDITION TO CITY OF GREAT FALLS, CASCADE COUNTY MONTANA ON FILE AT THE OFFICE OF CLERK AND RECORDER OF SAID COUNTY**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$169,900.00** | **$169,900.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

| |
|---|
| **$169,900.00** |

**Part 2:**   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**    Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

Make: **Ford**
Model: **F-150**
Year: **2005**
Approximate mileage: **100000**
Other information:

**ESTIMATE FOR DAMAGES EXCEEDS VALUE OF VEHICLE**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | **$100.00** | **$100.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>**    **$100.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

COUCH $75; LOVE SEAT $50; 2 LAMPS $40; TABLE $200; CHAIR $75; 2 BEDS $75; DESK $40; 2 DRESSERS $45; NIGHTSTAND $10; BOOKSHELF $30; HUTCH $300; BARBEQUE $50; LAWNMOWER $50; ENTERTAINMENT CENTER $50; REFRIGERATOR $300; WASHER/DRYER $100; MICROWAVE $25; FREEZER $50; DISHWASHER $35; RANGE/OVEN $50; BOOKS $100; PICTURES $100; KNICKNACKS $200; ANTIQUE PLATES $300; 2 CARD TABLES $20; TRUNK $50; CD STAND $10; SEWING MACHINE $50; 2 SHELVES $40; FILE CABINET $20; DOG CRATE $50; MISCELLANEOUS CRAFT SUPPLIES $200; MISCELLANEOUS HOLIDAY DECORATIONS $150; MISCELLANEOUS CAMPING EQUIPMENT $75; MISCELLANEOUS FISHING EQUIPMENT $50; 6 LIFE JACKETS $150; MISCELANEOUS HAND TOOLS $200; MISCELLANEOUS PLUMBING TOOLS $200; 5 SHOVELS $50; 2 SLEDGEHAMMERS $30; AC UNIT $50; MISCELLANEOUS GARDENING TOOLS $100; VISE $25

**$3,870.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)* _____

| | |
|---|---|
| **3 TELEVISIONS $400; VCR/DVD PLAYER $50; CD/DVD COLLECTION $60; CAMERA EQUIPMENT $50; COMPUTER EQUIPMENT $75; PRINTER $75; RECORD COLLECTION $150; CELL PHONES $100; CASSETTE PLAYER $20; TURNTABLE $20; MISCELLANEOUS RADIO EQUIPMENT $45; KEYBOARD $40; KEYBOARD $300** | **$1,385.00** |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ■ No
   ☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **MENS CLOTHING $100; WOMENS CLOTHING $100** | **$200.00** |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **WOMENS WEDDING RING $300; WOMENS ENGAGEMENT RING $200; WOMENS SAPPHIRE/DIAMOND RING $200; WOMENS SAPPHIRE RING $300; WOMENS SAPPHIRE EARRINGS $75; WOMENS SAPPHIRE NECKLACE $75; WOMENS COSTUME JEWELRY $150; WOMENS NECKLACES $500; WOMENS BRACELETS $400** | **$2,200.00** |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| **DOG** | **$0.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................................

| |
|---|
| **$7,655.00** |

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)*

---

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...................................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................          Institution name:

|       |                   |                          |         |
|-------|-------------------|--------------------------|---------|
| 17.1. | Checking Account  | US BANK -8452            | $33.49  |
| 17.2. | Savings Account   | MONTANA FCU -2627 S7     | $10.28  |
| 17.3. | Checking Account  | MONTANA FCU -2627 S30    | $90.05  |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
              Name of entity:                               % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
              Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

|                 | Type of account: | Institution name:                         |         |
|-----------------|------------------|-------------------------------------------|---------|
|                 | Pension Plan     | FERS - $1,207 (NET) PER MONTH             | unknown |
|                 | Pension Plan     | FARMERS ALLIANCE PENSION - $59.34 A MONTH | unknown |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)* _____

☐ Yes............                Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
 *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
 *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......                    _____

**29. Family support**
 *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
 *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
   unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
 *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **COMMERCE TRUST CO - TERM** | **JANICE MOE** | **$0.00** |
| **FEDERAL EMPLOYEE'S GROUP LIFE INSURANCE PROGRAM - TERM** | **JANICE MOE** | **$0.00** |
| **CUNA MUTUAL GROUP - TERM** | **JAMES MOE** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
 If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
 *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number *(if known)*

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................

| | |
|---|---|
| | **$133.82** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
■ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
■ No
☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☐ No
■ Yes. Describe.....

| | |
|---|---|
| GIBSON GUITAR $175; FENDER GUITAR $175; GIBSON GUITAR $200; WASHBURN GUITAR $100; FENDER GUITAR $50 <br><br> IN PAWN: PEAVEY AMP $100; BEHRINGER PA SYSTEM $300 | **$1,100.00** |

41. **Inventory**
■ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
■ No
☐ Yes. Give specific information about them...................
            Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
■ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes. Describe.....

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number *(if known)*  _____

**44. Any business-related property you did not already list**

■ No

☐ Yes. Give specific information.........

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here..................................................................................................    **$1,100.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here  ....................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.** Part 1: Total real estate, line 2  ..............................................................................................    **$169,900.00**

**56.** Part 2: Total vehicles, line 5                                                                 **$100.00**

**57.** Part 3: Total personal and household items, line 15                                          **$7,655.00**

**58.** Part 4: Total financial assets, line 36                                                       **$133.82**

**59.** Part 5: Total business-related property, line 45                                            **$1,100.00**

**60.** Part 6: Total farm- and fishing-related property, line 52                                     **$0.00**

**61.** Part 7: Total other property not listed, line 54                              +              **$0.00**

**62.** **Total personal property.** Add lines 56 through 61...          **$8,988.82**      Copy personal property total          **$8,988.82**

**63.** **Total of all property on Schedule A/B.** Add line 55 + line 62                            **$178,888.82**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **925 Avenue B NW**<br>**Great Falls MT, 59404-1723**<br>**County : CASCADE**<br>Line from *Schedule A/B* **1.1** | $169,900.00 | ■ $250,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. §§ 70-32-104, 25-13-615** |
| **Ford**<br>**F-150**<br>**2005**<br>**100000**<br>Line from *Schedule A/B* **3.1** | $100.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-609(2)** |
| **COUCH $75; LOVE SEAT $50; 2 LAMPS $40; TABLE $200; CHAIR $75; 2 BEDS $75; DESK $40; 2 DRESSERS $45; NIGHTSTAND $10; BOOKSHELF $30; HUTCH $300; BARBEQUE $50; LAWNMOWER $50; ENTERTAINMENT CENTER $50; REFRIGERATOR $300; WASHER/DRYER $100; MICROWAVE $25; FREEZ**<br>Line from *Schedule A/B* **6.1** | $3,870.00 | ■ $3,870.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-609(1)** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3 TELEVISIONS $400; VCR/DVD PLAYER $50; CD/DVD COLLECTION $60; CAMERA EQUIPMENT $50; COMPUTER EQUIPMENT $75; PRINTER $75; RECORD COLLECTION $150; CELL PHONES $100; CASSETTE PLAYER $20; TURNTABLE $20; MISCELLANEOUS RADIO EQUIPMENT $45; KEYBOARD $40; KEYBOAR**<br>Line from *Schedule A/B* **7.1** | $1,385.00 | ■            $1,385.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-609(1)** |
| **MENS CLOTHING $100; WOMENS CLOTHING $100**<br>Line from *Schedule A/B* **11.1** | $200.00 | ■            $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-609(1)** |
| **WOMENS WEDDING RING $300; WOMENS ENGAGEMENT RING $200; WOMENS SAPPHIRE/DIAMOND RING $200; WOMENS SAPPHIRE RING $300; WOMENS SAPPHIRE EARRINGS $75; WOMENS SAPPHIRE NECKLACE $75; WOMENS COSTUME JEWELRY $150; WOMENS NECKLACES $500; WOMENS BRACELETS $400**<br>Line from *Schedule A/B* **12.1** | $2,200.00 | ■            $2,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-609(1)** |
| **US BANK -8452**<br>Line from *Schedule A/B* **17.1** | $33.49 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. §§ 25-13-608(1)(b), 53-2-607** |
| **MONTANA FCU -2627 S7**<br>Line from *Schedule A/B* **17.2** | $10.28 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. §§ 31-2-106(3), 33-7-511, 33-7-522** |
| **MONTANA FCU -2627 S30**<br>Line from *Schedule A/B* **17.3** | $90.05 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. §§ 25-13-608(1)(b), 53-2-607** |
| **FERS - $1,207 (NET) PER MONTH**<br>Line from *Schedule A/B* **21.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. §§ 31-2-106(3), 33-7-511, 33-7-522** |
| **FERS - $1,207 (NET) PER MONTH**<br>Line from *Schedule A/B* **21.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 33-15-514** |
| **FARMERS ALLIANCE PENSION - $59.34 A MONTH**<br>Line from *Schedule A/B* **21.2** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. §§ 31-2-106(3), 33-7-511, 33-7-522** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **FEDERAL EMPLOYEE'S GROUP LIFE INSURANCE PROGRAM - TERM**<br>Line from *Schedule A/B* **31.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-608(1)(k)** |
| **CUNA MUTUAL GROUP - TERM**<br>Line from *Schedule A/B* **31.3** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-608(1)(k)** |
| **GIBSON GUITAR $175; FENDER GUITAR $175; GIBSON GUITAR $200; WASHBURN GUITAR $100; FENDER GUITAR $50**<br><br>**IN PAWN: PEAVEY AMP $100; BEHRINGER PA SYSTEM $300**<br>Line from *Schedule A/B* **40.1** | $1,100.00 | ■ $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Mont. Code Ann. § 25-13-609(3)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ■ No

      ☐ Yes

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:      Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** | | | |
| Brief description: Line from *Schedule A/B:* | _____ | ☐ _____ | |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ■ No

      ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 **GMAC MORTGAGE** | | $43,000.00 | $169,900.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

925 Avenue B NW, Great Falls, MT 59404-1723
LOT 31, VALLEY VIEW HOMES, SECTION 2 AN ADDITION TO CITY OF GREAT FALLS, CASCADE COUNTY MONTANA ON FILE AT THE OFFICE OF CLERK AND RECORDER OF SAID COUNTY

**3200 Park Center Dr Ste 150**
**Costa Mesa, CA 92626-1982**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Second Mortgage**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **04/2006**     Last 4 digits of account number   **2485**

| 2.2 **NATIONSTAR d/b/a MR. COOPER** | | $122,000.00 | $169,900.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

925 Avenue B NW, Great Falls, MT 59404-1723
LOT 31, VALLEY VIEW HOMES, SECTION 2 AN ADDITION TO CITY OF GREAT FALLS, CASCADE COUNTY MONTANA ON FILE AT THE OFFICE OF CLERK AND RECORDER OF SAID COUNTY

**8950 Cypress Waters Blvd**
**Coppell, TX 75019-4620**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1  **JAMES ALLAN MOE**
Debtor 2  **JANICE HOPKINS MOE**

Case number (if known) _____

| First Name | Middle Name | Last Name |
|---|---|---|

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **First Mortgage**

Date debt was incurred  **08/2003**        Last 4 digits of account number  **2096**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$165,000.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$165,000.00** |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
**MADISON MANAGEMENT SERVICES**
**400 Morris Ave Ste 222**
**Denville, NJ 07834-1372**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  **2485**

☐  Name, Number, Street, City, State & Zip Code
**SORTIS FINANCIAL**
**PO Box 52238**
**Idaho Falls, ID 83405-2238**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  **2485**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:**    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **BARCLAY CARD** | Last 4 digits of account number   **0436** | **$2,142.64** |
| | Nonpriority Creditor's Name | When was the debt incurred?   **2015** | |

**PO Box 8801**
**Wilmington, DE 19899-8801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD PURCHASES**

Software Copyright (c) 2019 CINGroup - www.cincompass.com          G10037

Debtor 1
Debtor 2 **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**

Case number (if known) _____

---

**4.2** | **BARCLAY CARD**
Nonpriority Creditor's Name

| | |
|---|---|
| Last 4 digits of account number | **9530** |

$2,150.95

When was the debt incurred?  **2015**

**PO Box 8801**
**Wilmington, DE 19899-8801**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **CREDIT CARD PURCHASES**

---

**4.3** | **BENEFIS**
Nonpriority Creditor's Name
**C/O WELLS FARGO**
**PO Box 912613**
**Denver, CO 80291-2613**

| | |
|---|---|
| Last 4 digits of account number | **1309** |

$260.00

When was the debt incurred?  **2015**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **MEDICAL SERVICES**

---

**4.4** | **BENEFIS PHYSICIANS ASSOCIATES**
Nonpriority Creditor's Name
**C/O WELLS FARGO**
**PO Box 912613**
**Denver, CO 80291-2613**

| | |
|---|---|
| Last 4 digits of account number | **6109** |

$500.00

When was the debt incurred?  **2014**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify  **MEDICAL SERVICES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number (if known) _____

| 4.5 | **CAPITAL ONE** | Last 4 digits of account number | 9327 | $2,925.32 |

Nonpriority Creditor's Name

When was the debt incurred?   2014

**PO Box 60599**
**City of Industry, CA 91716-0599**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

- ☐ At least one of the debtors and another
- ☐ Student loans
- ☐ Check if this claim is for a community debt
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **CREDIT CARD PURCHASES**

---

| 4.6 | **CAPITAL ONE** | Last 4 digits of account number | 7835 | $1,155.09 |

Nonpriority Creditor's Name

When was the debt incurred?   2014

**PO Box 60599**
**City of Industry, CA 91716-0599**
Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Contingent
- ☐ Debtor 2 only
- ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

- ☐ Check if this claim is for a community debt
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **CREDIT CARD PURCHASES**

---

| 4.7 | **CENTRAL MONTANA LABORATORIES** | Last 4 digits of account number | 0604 | $115.86 |

Nonpriority Creditor's Name

When was the debt incurred?   09/2013

**3511 1st Ave N**
**Great Falls, MT 59401-3527**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Contingent
- ☐ Debtor 2 only
- ☐ Unliquidated
- ■ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

- ☐ Check if this claim is for a community debt
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify   **MEDICAL SERVICES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number (if known) _____

---

| **4.8** | **CREDIT ONE** | Last 4 digits of account number | **0558** | **$475.69** |

Nonpriority Creditor's Name

**PO Box 60500**
**City of Industry, CA 91716-0500**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **CREDIT CARD PURCHASES**

---

| **4.9** | **CREDIT ONE** | Last 4 digits of account number | **6791** | **$1,697.24** |

Nonpriority Creditor's Name

**PO Box 60500**
**City of Industry, CA 91716-0500**
Number Street City State Zip Code

When was the debt incurred?   **09/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **CREDIT CARD PURCHASES**

---

| **4.10** | **DR. WHITNEY DDS** | Last 4 digits of account number | **8612** | **$3,774.00** |

Nonpriority Creditor's Name

**2714 15th Ave S**
**Great Falls, MT 59405-5246**
Number Street City State Zip Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify   **DENTAL SERVICES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number (if known) _____

---

| 4.11 | **ELASTIC** | Last 4 digits of account number | **4783** | **$2,761.72** |

Nonpriority Creditor's Name

**PO BOX 95027**
**LOUISVILLE, KY 40295**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD PURCHASES**

---

| 4.12 | **ELASTIC** | Last 4 digits of account number | **6532** | **$2,952.62** |

Nonpriority Creditor's Name

**PO BOX 95027**
**LOUISVILLE, KY 40295**
Number Street City State Zip Code

**When was the debt incurred?**  **2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **CREDIT CARD PURCHASES**

---

| 4.13 | **FAMILY PRACTICE** | Last 4 digits of account number | **361** | **$120.00** |

Nonpriority Creditor's Name

**3511 1st Ave N Ste 1**
**Great Falls, MT 59401-3527**
Number Street City State Zip Code

**When was the debt incurred?**  **03/2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **MEDICAL SERVICES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number (if known) _____

---

| 4.14 | **FIRST PREMIER CARD** | Last 4 digits of account number | **0558** | **$495.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **2015**

**PO Box 5529**
**Sioux Falls, SD 57117-5529**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **CREDIT CARD PURCHASES**

---

| 4.15 | **GREAT FALLS CLINIC** | Last 4 digits of account number | **0100** | **$10,818.30** |

Nonpriority Creditor's Name

When was the debt incurred?   **2014**

**1400 29th St S**
**Great Falls, MT 59405-5353**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **MEDICAL SERVICES - MULTIPLE ACCOUNT #'S**

---

| 4.16 | **INTERNAL REVENUE SERVICE** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **TAXES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number (if known) _____

| 4.17 | **MERRICK BANK CARD** | Last 4 digits of account number | **1909** | **$1,233.00** |

Nonpriority Creditor's Name

**PO Box 660702**
**Dallas, TX 75266-0702**

When was the debt incurred?   **04/2013**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD PURCHASES**

---

| 4.18 | **MILESTONE CREDIT CARD** | Last 4 digits of account number | **1688** | **$466.27** |

Nonpriority Creditor's Name

**PO Box 4477**
**Beaverton, OR 97076-4401**

When was the debt incurred?   **2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CREDIT CARD PURCHASES**

---

| 4.19 | **MONTANA DEPARTMENT OF REVENUE** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

**PO Box 7701**
**Helena, MT 59604-7701**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **TAXES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                Case number (if known) _____

---

| 4.20 | **NORTHERN MONTANA ORAL SURGEY** | Last 4 digits of account number   **0388** | **$804.94** |

Nonpriority Creditor's Name

**2714 15th Ave S**
**Great Falls, MT 59405-5246**
Number Street City State Zip Code

When was the debt incurred?   **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **DENTAL SERVICES**

---

| 4.21 | **ORHTOPEDIC CENTER OF MONTANA** | Last 4 digits of account number   **NA** | **$185.56** |

Nonpriority Creditor's Name

**1401 25th St S**
**Great Falls, MT 59405-5183**
Number Street City State Zip Code

When was the debt incurred?   **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **MEDICAL SERVICES**

---

| 4.22 | **PIER ONE IMPORTS** | Last 4 digits of account number   **3484** | **$305.10** |

Nonpriority Creditor's Name

**PO Box 659617**
**San Antonio, TX 78265-9617**
Number Street City State Zip Code

When was the debt incurred?   **04/2013**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

Is the claim subject to offset?

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **CREDIT CARD PURCHASES**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                Case number (if known) _____

| 4.23 | **SEARS MASTERCARD** | Last 4 digits of account number | 3073 | $3,598.42 |

Nonpriority Creditor's Name

When was the debt incurred?   **2012**

**PO Box 6282**
**Sioux Falls, SD 57117-6282**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                    ☐ Contingent
■ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
☐ At least one of the debtors and another          Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**       ☐ Student loans
   **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                       report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **CREDIT CARD PURCHASES**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**CARSON SMITHFIELD, LLC**
**PO Box 9216**
**Old Bethpage, NY 11804-9016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **1909**

---

Name and Address
**COLLECTION BUREAU SERVICES**
**PO Box 7339**
**Missoula, MT 59807-7339**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0100**

---

Name and Address
**CREDIT ASSOCIATES**
**PO Box 6099**
**Great Falls, MT 59406-6099**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0388**

---

Name and Address
**CREDIT CONTROL LLC**
**5757 Phantom Dr Ste 330**
**Hazelwood, MO 63042-2429**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **7835**

---

Name and Address
**CREDIT SYSTEM**
**PO Box 875**
**Helena, MT 59624-0875**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **1309**

---

Name and Address
**CREDIT SYSTEMS**
**PO Box 875**
**Helena, MT 59624-0875**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **6109**

---

Name and Address
**CREDIT SYSTEMS**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0100**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number (if known)

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **FRONTLINE ASSET STRATEGIES, LLC**<br>**2700 Snelling Ave N Ste 250**<br>**Roseville, MN 55113-1783** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1688** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **INTERSTATE COUNSELING**<br>**PO Box 1133**<br>**Great Falls, MT 59403-1133** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0604** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **MIDLAND FUNDING LLC**<br>**250 N Sunny Slope Rd Ste 300**<br>**Brookfield, WI 53005-4824** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6791** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NCB MANAGEMENT SERVICES**<br>**PO Box 1099**<br>**Langhorne, PA 19047-6099** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **4783** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **NCB MANAGEMENT SERVICES**<br>**PO Box 1099**<br>**Langhorne, PA 19047-6099** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6532** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PHILLIPS & COHEN ASSOCIATES LTD**<br>**1002 Justison St**<br>**Wilmington, DE 19801-5148** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0436** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PHILLIPS & COHEN ASSOCIATES LTD**<br>**1002 Justison St**<br>**Wilmington, DE 19801-5148** | Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1909** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES**<br>**PO Box 12914**<br>**Norfolk, VA 23541-0914** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3073** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RAUSCH, STURM, ISRAEL, ENERSON & HORNIK**<br>**3209 W 76th St Ste 301**<br>**Minneapolis, MN 55435-5246** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6791** |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                    **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                    **0.00** |

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**

Case number (if known)  _____

| | | | | |
|---|---|---|---|---|
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 38,937.72 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 38,937.72 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| **2.1** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.2** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.3** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.4** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |
| **2.5** | |
| Name | |
| Number     Street | |
| City          State          ZIP Code | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                      12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| Debtor 2 (Spouse, if filing) | **JANICE HOPKINS MOE** |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|

|  | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| Copy line 4 here | 4. | | $ 0.00 | $ 0.00 |
| **5.** List all payroll deductions: | | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: | 5h.+ | | $ 0.00 + | $ 0.00 |
| **6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 0.00 | $ 0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 0.00 | $ 0.00 |
| **8.** List all other income regularly received: | | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | | $ 1,427.00 | $ 859.00 |
| 8f. Other government assistance that you regularly receive | | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| Specify: **FERS PENSION** | 8f. | | $ 1,503.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | | $ 0.00 | $ 59.34 |
| 8h. Other monthly income. Specify: | 8h.+ | | $ 0.00 + | $ 0.00 |
| **9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 2,930.00 | $ 918.34 |
| **10. Calculate monthly income.** Add line 7 + line 9. | 10. | | $ 2,930.00 + $ 918.34 = | $ 3,848.34 |
| Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | | | |

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.  +$   0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.  $   3,848.34

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | JAMES ALLAN MOE |
| Debtor 2 (Spouse, if filing) | JANICE HOPKINS MOE |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ■ Yes. **Does Debtor 2 live in a separate household?**
     - ■ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,098.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 90.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 340.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 300.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 20.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 75.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 200.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 100.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **MDOR** | | 16. $ | 352.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income*. | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   **STORAGE UNIT** | | 21. +$ | 130.00 |
| | **RETIREMENT - TAXES** | | +$ | 173.00 |
| | **RETIREMENT - INSURANCE** | | +$ | 232.80 |
| | **SOCIAL SECURITY - MEDICARE** | | +$ | 107.00 |
| | **PET CARE** | | +$ | 50.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,767.80 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,767.80 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 3,848.34 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,767.80 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 80.54 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.      Explain here: _____

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name                     Middle Name                     Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name                     Middle Name                     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    **4/16**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☑ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| | | | |

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**       Case number *(if known)* _____

---

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | FERS | $1,207.00 | PENSION | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | SOCIAL SECURITY | $16,656.00 | SOCIAL SECURITY | $10,296.00 |
| | FERS | $14,144.88 | PENSION | $712.08 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | SOCIAL SECURITY | $16,332.00 | SOCIAL SECURITY | $10,296.00 |
| | FERS | $13,617.12 | PENSION | $712.08 |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ☐ No.   Go to line 7.

    ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.

    ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER**<br>**PO Box 31785**<br>**Tampa, FL 33631-3785** | 11/01/2018 - $1,092.91<br>12/01/2018 - $1,092.91<br>01/01/2018 - $1,092.91 | $3,081.00 | $122,000.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

---

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number (*if known*) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| COLLECTION BUREAU SERVICES, INC., <br><br> VS. <br><br> JAMES A MOE AND JANICE L MOE <br> CV2018-2465 | COLLECTIONS | GREAT FALLS, CASCADE COUNTY JUSTICE COUR | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property <br><br> Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number *(if known)* _____

| **Part 5:** | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| **Part 6:** | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
■ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **$15,080 LOST TO LOCAL CASINOS - GAMBLING** | **NONE** | | **$15,080.00** |

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **GARY S. DESCHENES**<br>**PO Box 3466**<br>**Great Falls, MT 59403-3466** | | **07/18/2016** | **$2,190.00** |
| **CC ADVISING** | | **7/3/2018**<br>**1/2/2019** | **$40.00** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)*

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address / Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| WILLIAM VAN METER<br>UNKNOWN<br><br>NONE | 1998 FLEETWOOD BOUNDER CLASS A MOTORHOME | $10,000.00 | 1/25/2018 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1
Debtor 2  **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**          Case number *(if known)*

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **MALMSTROM STORAGE**<br>**500 76th St N Bldg 1222**<br>**Malmstrom AFB, MT 59402-7515** | | RV | ■ No<br>☐ Yes |
| **JACS STORAGE**<br>**5700 2nd Ave N**<br>**Great Falls, MT 59405-1516** | | CURIO STAND $150; BOOKSHELVES $300; ART WORK $300; TRUNKS $50; ENTERTAINMENT CENTER $100; MISCELLANEOUS HOUSEHOLD ITEMS $150 | ☐ No<br>■ Yes |
| **FIRST NATIONAL PAWN**<br>**1101 13th St S**<br>**Great Falls, MT 59405-4606** | | PEAVEY AMP $100; BEHRINGER $300 | ☐ No<br>■ Yes |

**Part 9:**  **Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**  **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)* _____

---

**26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State<br>and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **DALAMOE PRODUCTIONS**<br>**925 Avenue B NW**<br>**Great Falls, MT 59404-1723** | **MUSICIAN**<br><br>**NONE** | EIN:<br><br>From-To   1993 TO 12/31/2016 |

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

| **Part 12:** | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ JAMES ALLAN MOE | /s/ JANICE HOPKINS MOE |
|---|---|
| **JAMES ALLAN MOE** | **JANICE HOPKINS MOE** |
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date   **January 7, 2019** | Date   **January 7, 2019** |
|---|---|

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **JAMES ALLAN MOE** |
| | First Name          Middle Name                    Last Name |
| Debtor 2 | **JANICE HOPKINS MOE** |
| (Spouse if, filing) | First Name          Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA, BUTTE DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7            12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **NATIONSTAR d/b/a MR. COOPER**<br><br>Description of property securing debt:  **925 Avenue B NW, Great Falls, MT 59404-1723** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | ☐ No |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **MOE, JAMES ALLAN & MOE, JANICE HOPKINS**                    Case number *(if known)* _____

Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

Lessor's name:                                                               ☐ No
Description of leased
Property:                                                                    ☐ Yes

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X **/s/ JAMES ALLAN MOE**                                    X **/s/ JANICE HOPKINS MOE**
**JAMES ALLAN MOE**                                             **JANICE HOPKINS MOE**
Signature of Debtor 1                                             Signature of Debtor 2

Date   **January  7, 2019**                                      Date   **January  7, 2019**

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**District of Montana, Butte Division**

IN RE:                                                                    Case No. _____

MOE, JAMES ALLAN & MOE, JANICE HOPKINS                    Chapter **7** _____
 _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January  7, 2019** _____   Signature: **_/s/ JAMES ALLAN MOE_** _____
                                                          **JAMES ALLAN MOE**                                      Debtor

Date: **January  7, 2019** _____   Signature: **_/s/ JANICE HOPKINS MOE_** _____
                                                          **JANICE HOPKINS MOE**                        Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

MOE, JAMES ALLAN
925 AVENUE B NW
GREAT FALLS, MT  59404-1723

CREDIT ASSOCIATES
PO BOX 6099
GREAT FALLS, MT  59406-6099

GMAC MORTGAGE
3200 PARK CENTER DR STE 150
COSTA MESA, CA  92626-1982

MOE, JANICE HOPKINS
925 AVENUE B NW
GREAT FALLS, MT  59404-1723

CREDIT CONTROL LLC
5757 PHANTOM DR STE 330
HAZELWOOD, MO  63042-2429

GREAT FALLS CLINIC
1400 29TH ST S
GREAT FALLS, MT  59405-5353

DESCHENES & ASSOCIATES LAW OFFICES
309 1ST AVE N
GREAT FALLS, MT  59401-2505

CREDIT ONE
PO BOX 60500
CITY OF INDUSTRY, CA  91716-0500

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

BARCLAY CARD
PO BOX 8801
WILMINGTON, DE  19899-8801

CREDIT SYSTEM
PO BOX 875
HELENA, MT  59624-0875

INTERSTATE COUNSELING
PO BOX 1133
GREAT FALLS, MT  59403-1133

BENEFIS
C/O WELLS FARGO
PO BOX 912613
DENVER, CO  80291-2613

CREDIT SYSTEMS
PO BOX 875
HELENA, MT  59624-0875

MADISON MANAGEMENT SERVICES
400 MORRIS AVE STE 222
DENVILLE, NJ  07834-1372

BENEFIS PHYSICIANS ASSOCIATES
C/O WELLS FARGO
PO BOX 912613
DENVER, CO  80291-2613

DR. WHITNEY DDS
2714 15TH AVE S
GREAT FALLS, MT  59405-5246

MERRICK BANK CARD
PO BOX 660702
DALLAS, TX  75266-0702

CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY, CA  91716-0599

ELASTIC
PO BOX 95027
LOUISVILLE, KY  40295

MIDLAND FUNDING LLC
250 N SUNNY SLOPE RD STE 300
BROOKFIELD, WI  53005-4824

CARSON SMITHFIELD, LLC
PO BOX 9216
OLD BETHPAGE, NY  11804-9016

FAMILY PRACTICE
3511 1ST AVE N STE 1
GREAT FALLS, MT  59401-3527

MILESTONE CREDIT CARD
PO BOX 4477
BEAVERTON, OR  97076-4401

CENTRAL MONTANA LABORATORIES
3511 1ST AVE N
GREAT FALLS, MT  59401-3527

FIRST PREMIER CARD
PO BOX 5529
SIOUX FALLS, SD  57117-5529

MONTANA DEPARTMENT OF REVENUE
PO BOX 7701
HELENA, MT  59604-7701

COLLECTION BUREAU SERVICES
PO BOX 7339
MISSOULA, MT  59807-7339

FRONTLINE ASSET STRATEGIES, LLC
2700 SNELLING AVE N STE 250
ROSEVILLE, MN  55113-1783

NATIONSTAR D/B/A MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX  75019-4620

**NCB MANAGEMENT SERVICES**
**PO BOX 1099**
**LANGHORNE, PA  19047-6099**


**NORTHERN MONTANA ORAL SURGEY**
**2714 15TH AVE S**
**GREAT FALLS, MT  59405-5246**


**ORHTOPEDIC CENTER OF MONTANA**
**1401 25TH ST S**
**GREAT FALLS, MT  59405-5183**


**PHILLIPS & COHEN ASSOCIATES LTD**
**1002 JUSTISON ST**
**WILMINGTON, DE  19801-5148**


**PIER ONE IMPORTS**
**PO BOX 659617**
**SAN ANTONIO, TX  78265-9617**


**PORTFOLIO RECOVERY ASSOCIATES**
**PO BOX 12914**
**NORFOLK, VA  23541-0914**


**RAUSCH, STURM, ISRAEL, ENERSON &**
**HORNIK**
**3209 W 76TH ST STE 301**
**MINNEAPOLIS, MN  55435-5246**


**SEARS MASTERCARD**
**PO BOX 6282**
**SIOUX FALLS, SD  57117-6282**


**SORTIS FINANCIAL**
**PO BOX 52238**
**IDAHO FALLS, ID  83405-2238**